UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

MAR **0 8** 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| DOUGLAS GIBSON, | ) | 1 : 2 3 -cr- 0 0 3 2 JPH |
| | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America.  The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-2* | 18 U.S.C. § 2251(a) and (e) Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child | 15-30 | NMT $250,000 | 5 - Life |
| 3** | 18 U.S.C. § 2252(a)(2) Distribution of Child Pornography | 5-20 | NMT $250,000 | 5 - Life |
| 4*** | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) Possession of Child Pornography | 0-20 | NMT $250,000 | 5 - Life |
| 5 | 18 U.S.C. § 2260A Offense by a Registered Sex Offender | 10 years consecutive to any sentence imposed for the underlying offense | | |

\* If the defendant has one prior qualifying conviction, the penalty becomes a term of imprisonment of not less than 25 years nor more than 50 years.

\*\* If the defendant has one prior qualifying conviction, the penalty becomes a term of imprisonment of not less than 15 years nor more than 40 years.

\*\*\* If the defendant has one prior qualifying conviction, the penalty becomes a term of imprisonment of not less than 10 years nor more than 20 years.

Dated: _____

_____
DOUGLAS GIBSON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana