UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:23-cr-00032-JPH-MG |
| ) | |
| DOUGLAS GIBSON, ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Lawrence D. Hilton, Assistant United States Attorney, and petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of Defendant Douglas Gibson, Date of Birth XX/XX/1985, now confined at the Boone County Jail: 1905 Indianapolis Ave., Lebanon, IN 46052, in the custody of the Warden, before the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case.

WHEREFORE, the government respectfully petitions the Court for a Writ of Order of Habeas Corpus Ad Prosequendum to require the presence of Douglas Gibson, and to remain in the custody of the United States for all other necessary proceedings in this case.

    Respectfully submitted,

    ZACHARY A. MYERS
    United States Attorney

By:   /s/ Lawrence D. Hilton
    Lawrence D. Hilton
    Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, a copy of the foregoing document and accompanying proposed order were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

By: /s/ Lawrence D. Hilton
Lawrence D. Hilton
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333